AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
2016 MAR -2  PM 2:07
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| United States of America<br>v.<br><br>JONATHAN WAYNE SMEAD<br><br>*Defendant(s)* | Case No. 1:16 MJ 4006 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2/28/2016__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 871(a) | Threats Against the President |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Matthew Luczak, U.S. Secret Service
Printed name and title

Sworn to before me and signed in my presence.

Date: 2 March 2016

_____
Judge's signature

City and state: Cleveland, Ohio

U.S. Magistrate Judge Nancy Vecchiarelli
Printed name and title