FILED
16 MAR 23 PM 12: 12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO.: 1:16 CR 091 |
| ) | Title 18, Sections 871(a), |
| JONATHAN WAYNE SMEAD, ) | and 879(a)(3), |
| ) | United States Code |
| Defendant. ) | |
| ) | |

COUNT 1    **JUDGE ADAMS**

The Grand Jury charges:

On or about February 28, 2016, in the Northern District of Ohio, Eastern Division, the defendant, JONATHAN WAYNE SMEAD, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon and against the President of the United States, in violation of Title 18, Section 871(a), United States Code.

1

## COUNT 2

The Grand Jury further charges:

On or about February 28, 2016, in the Northern District of Ohio, Eastern Division, the defendant, JOHNATHAN WAYNE SMEAD, did knowingly and willfully threaten to kill, and inflict bodily harm upon Hillary Clinton, a major candidate for the office of President of the United States, as that term is defined in Title 18, United States Code, Section 3056(a)(7), in violation of Title 18, Section 879(a)(3), United States Code.

A TRUE BILL.

Original document – Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.