CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:17-mj-00796-DAR-1

Case title: USA v. SMEAD                                      Date Filed: 10/30/2017

Assigned to: Magistrate Judge Deborah A. Robinson

**Defendant (1)**

**JONATHAN WAYNE SMEAD**                represented by    **David Walker Bos**
                                                          FEDERAL PUBLIC DEFENDER FOR THE
                                                          DISTRICT OF COLUMBIA
                                                          625 Indiana Avenue, NW
                                                          Suite 550
                                                          Washington, DC 20004
                                                          (202) 208-7500
                                                          Fax: (202) 208-7515
                                                          Email: david_bos@fd.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                        **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                     **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                            **Disposition**
COMPLAINT Probation Violation Petition


**Plaintiff**

**USA**                                  represented by    **Lisa N. Walters**
                                                           U.S. ATTORNEY'S OFFICE
                                                           Violent Crimes Narcotics and Trafficking

(VCNT)
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7499
Fax: (202) 514-8707
Email: Lisa.Walters@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2017 | | Arrest (Rule 5) of JONATHAN WAYNE SMEAD on Warrant issued by U.S.D.C. for the Northern District of Ohio executed on 10/30/17. (tl) (Entered: 10/31/2017) |
| 10/30/2017 | 1 | Arrest Warrant Returned Executed on 10/30/17 as to JONATHAN WAYNE SMEAD. Warrant issued on 10/12/17 out of Ohio. (Attachment: # 1 Violation Report)(tl) (Entered: 10/31/2017) |
| 10/30/2017 | | ORAL MOTION to Appoint Counsel by JONATHAN WAYNE SMEAD. (cal) (Entered: 10/31/2017) |
| 10/30/2017 | | ORAL MOTION by the Government to Detain Defendant JONATHAN WAYNE SMEAD pending his removal to the Northern District of Ohio - Cleveland. (cal) (Entered: 10/31/2017) |
| 10/30/2017 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Initial Appearance in Rule 5 Proceedings as to JONATHAN WAYNE SMEAD held on 10/30/2017. Oral Motion to Appoint Counsel by JONATHAN WAYNE SMEAD (1); heard and granted. Waiver of Rule 5 Hearing. Oral Motion by the Government to Detain JONATHAN WAYNE SMEAD (1) pending his removal to the Northern District of Ohio - Cleveland; heard and granted. Defendant to be removed by the U.S. Marshal to the Northern District of Ohio in Cleveland. [Medical/Mental Health Alert issued to the D.C. Department of Corrections Medical Unit] Bond Status of Defendant: Defendant Committed/ Commitment Issued [File Documents to be forwarded to the originating jurisdiction]; Court Reporter: FTR - Gold; FTR Time Frame: Ctrm 4 [3:06:03 - 3:14:25];Defense Attorney: David Bos; US Attorney: Lisa Waltes; Pretrial Officer: Saul Atencio. (cal) (Entered: 10/31/2017) |
| 10/30/2017 | 2 | WAIVER of Rule 5(c)(3) Hearings by JONATHAN WAYNE SMEAD. (cal) (Entered: 10/31/2017) |
| 10/30/2017 | 3 | COMMITMENT TO ANOTHER DISTRICT as to JONATHAN WAYNE SMEAD: Defendant committed to Northern District of Ohio - Cleveland. Signed by Magistrate Judge Deborah A. Robinson on 10/30/2017. (cal) (Entered: 10/31/2017) |
| 10/31/2017 | | Notice to U.S.D.C. for the Northern District of Ohio of a Rule 5 or Rule 32 Initial Appearance as to JONATHAN WAYNE SMEAD. Your case number is: 1:16CR00091-01. The clerk will transmit any restricted document via email. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: Motion to Remand, 2 Waiver of Rule 5(c)(3) Hearings, Arrest - Rule 5, Order on Motion to Appoint Counsel, Order on Motion to Remand, Initial Appearance - Rule 5, 3 Commitment to Another District. (If you require certified copies of any documents, please send a request to dcd_cmecf_cr@dcd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (tl) (Entered: 11/02/2017) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 11/02/2017 15:03:56 | | | |
| **PACER Login:** | hrsherer:4450647:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-mj-00796-DAR |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |